**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: | |
| **KEVIN TREMAINE BRIGGS, and,** | **CASE NO. 14-28703-L** |
| **KIMBERLY RENEE' BRIGGS,** | **CHAPTER 13** |
| | **SS # XXX-XX-2535** |
| **DEBTORS.** | **SS # XXX-XX-8368** |

**OBJECTION TO ALLOWANCE OF CLAIM**

Come now the above named Debtors, by and through counsel, and hereby objects to the allowance of the claim filed by following creditor:

Nationstar Mortgage, LLC., Attn: Bankruptcy Department, P.O. Box 630267, Irving, TX 75063, filed herein as Bankruptcy Court claim number 13, secured by real property located at 300 Eastview Street, Memphis, TN 38112, with a principle balance in the amount of $80,807.02, and arrears in the amount of $1,116.86, for an escrow shortgage. Debtors would show unto the Court that the escrow deficiency will be captured during the next escrow analysis.

**WHEREFORE**, Debtors pray that this matter be set for a hearing, that said claim be disallowed, that the Chapter 13 Trustee reduce the payments, and that they have such other and further relief as is just.

Respectfully submitted,

/s/Jimmy E. McElroy
Attorney for Debtor(s)
3780 S. Mendenhall
Memphis, Tennessee  38115

Certificate of Service

The undersigned certifies that the above motion was mailed VIA United State Postal Service to all parties listed below on December 11, 2014.

/s/Jimmy E McElroy

Debtor(s)
Debtor's Attorney
Case Trustee
Nationstar Mortgage, LLC., Attn: Bankruptcy Department, P.O. Box 630267, Irving, TX 75063
Weinstein, Pinson, & Riley, BK Services for Nationstar Mortgage, 2001 Western Avenue, Suite 400, Seattle, WA 98121