# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Case No.   14–28703   jdl
Chapter   13

Adv. Proc. No.

Kevin Tremaine Briggs

Kimberly Renee' Briggs

Debtor(s).

**NOTICE OF PRE–TRIAL CONFERENCE COMBINED WITH RELATED INFORMATION RE FORM, MANNER AND SERVING OF NOTICE**

*39* – Objection To Claim 13 by Claimant Nationstar Mortgage LLC. Filed by Debtor Kevin Tremaine Briggs, Joint Debtor Kimberly Renee' Briggs. (McElroy, Jimmy)

on December 11, 2014

**NOTICE IS HEREBY GIVEN THAT:**

1. The pre–trial conference to consider the above shall be held on **January 15, 2015 at  09:00 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 600, Memphis, TN 38103**

At the time of the hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of  Pre–trial Conference  has been served electronically by the Bankruptcy Noticing Center to the following entities:**

**All Parties on Servicing List**

**Service upon any party other than those who received electronic service as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007,9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Internet pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

**Jed G. Weintraub
CLERK OF COURT**

**BY:  Barta Johnson**
_____

**Date:   December 12, 2014**

[ntchrgcomb2lf005]Order/Notice combined Rel 11–03

United States Bankruptcy Court
Western District of Tennessee

In re:
Kevin Tremaine Briggs
Kimberly Renee' Briggs
    Debtors

Case No. 14-28703-jdl
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0651-2     User: barta     Page 1 of 1     Date Rcvd: Dec 12, 2014
Form ID: ntchrgc2     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2014.
db/jdb     +Kevin Tremaine Briggs,    Kimberly Renee' Briggs,    300 Eastview Street,    Memphis, TN 38112-4221
        +Nationstar Mortgage, LLC,    Attn: Bankruptcy Dept.,    P. O. Box 630267,    Irving, TX 75063-0116
31669135     +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2014          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2014 at the address(es) listed below:
       Jimmy E. McElroy    on behalf of Joint Debtor Kimberly Renee' Briggs jimmy_3780@hotmail.com
       Jimmy E. McElroy    on behalf of Debtor Kevin Tremaine Briggs jimmy_3780@hotmail.com
       Recovery Management Systems Corporation    claims@recoverycorp.com
       Robert Solomon    on behalf of Creditor    First Tennessee Bank National Association    rsolomon@sb-law.com, jwray@sb-law.com
       Sylvia F. Brown    ecf@ch13sfb.com
       U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
     TOTAL: 6